IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00107-CMA-BNB

MICHAEL T. ROSSI,

Plaintiff,

v.

WELLS FARGO FINANCIAL COLORADO, INC., a Colorado corporation, a subsidiary of Wells Fargo & Company, a financial company organized under the laws of Delaware,

Defendant.

_____

**ORDER**
_____

In view of the **Stipulation to Arbitration**[1] [Doc. # 8, filed 3/16/2009] (the "Stipulation"):

IT IS ORDERED that the Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting, including particularly the scheduling conference set for March 26, 2009, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, is VACATED.

Dated March 24, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

---

[1] The Stipulation requests that the "Court stay this action and refer it to arbitration through the American Arbitration Association." The district judge has neither referred the Stipulation nor ruled on it.