IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00107-CMA-BNB

MICHAEL T. ROSSI,

 Plaintiff,

v.

WELLS FARGO FINANCIAL COLORADO, INC., a Colorado corporation and a subsidiary of WELLS FARGO & COMPANY, a financial company organized under the laws of Delaware,

 Defendant.

## ORDER REGARDING DISMISSAL OF PARTY, AMENDMENT OF CASE CAPTION AND STIPULATION TO ARBITRATION

 This matter is before the Court on the Parties' Stipulation To Dismiss Wells Fargo & Company from Action and Amend Case Caption (Doc. # 7) and the Parties' Stipulation to Arbitration (Doc. # 8). Upon review of these stipulations and the file, the Court finds that this case should be administratively closed. Accordingly,

 IT IS ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action. It is

 FURTHER ORDERED that the Scheduling Conference set for March 26, 2009 before Magistrate Judge Boyd N. Boland is hereby VACATED.

 DATED: March __24__, 2009

           BY THE COURT:

           _____
           CHRISTINE M. ARGUELLO
           United States District Judge