# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00107-CMA-BNB

MICHAEL T. ROSSI,

    Plaintiff,

v.

WELLS FARGO FINANCIAL COLORADO, INC., a Colorado corporation and a subsidiary of WELLS FARGO & COMPANY, a financial company organized under the laws of Delaware,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    It is ORDERED that the Motion to Withdraw (Doc. # 12) is GRANTED, and Elizabeth M. McNamee is allowed to withdraw as counsel for Defendant. The Court notes that Defendant continues to be represented by Katrin Miller Rothgery.

DATED:  October 7, 2009